UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH M. WHITAKER, SR., | : | Case No. 1:18-cv-625 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| MARTY V. DONINI, *et al.*, | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 31)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on June 24, 2019, submitted a Report and Recommendation (Doc. 31). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. Plaintiff's motion for a preliminary injunction (Doc. 15) is **DENIED**;

2. Plaintiff's motion for reconsideration (Doc. 22) is **DENIED**;

3. Plaintiff's motion for leave to file a second amended complaint (Doc. 27) is **DENIED**; and

4. Plaintiff's request for a conference for a preliminary injunction (Doc. 29) is **DENIED** as moot.

**IT IS SO ORDERED.**

Date: July 15, 2019        *s/ Timothy S. Black*
                           Timothy S. Black
                           United States District Judge